The People of the State of Illinois, Plaintiff-Appellee, *v.* Elmer Coley, Defendant-Appellant.

(No. 58218; )

First District (5th Division)—November 21, 1973.

*Rehearing denied December 19, 1973.*

964

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

Paul Bradley, Deputy Defender, of Chicago (Gordon H. Berry, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Ronald Mendes, Assistant State's Attorneys, of counsel), for the People.